_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 5:18-cv-02248-JLS  Date: December 21, 2018
         5:18-bk-17472-WJ
Title: In re Aguina Aguina

_____

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:      Attorneys Present for Defendant:

Not Present                                            Not Present

**Proceedings:**      **(In Chambers) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

     This bankruptcy appeal seeks review of a Bankruptcy Court Order authorizing the employment of two real estate brokers to assist the Trustee in marketing for sale certain specified parcels of vacant land. (*See* 6:17-bk-17472-WJ, Doc. 110.)
     The Court, on its own motion, hereby ORDERS Appellant(s) to show cause in writing no later than January 18, 2019, why this action should not be dismissed for lack of prosecution. Alternatively, it will be a sufficient response to this OSC to have filed on or before the OSC date the following:

     • Certificate of Readiness from the Bankruptcy Court

     Appellant(s) have the responsibility to respond promptly to orders and to prosecute the action diligently, including filing the designation of record, statement of issues on appeal and notice regarding the ordering of transcripts with the Bankruptcy Court.
     NO oral argument of this matter will be heard unless ordered by the Court. The matter will stand submitted upon the filing of Appellant's response or the Certificate of Readiness or, if no filing is made, the matter will stand submitted on January 18, 2019. Appellant shall move this case forward or it will be dismissed.
     If the appeal has been mooted in light of the Trustee's withdrawal of his Motion for Order Approving Sale of property (*see* 6:17-bk-17472-WJ, Doc. 150), Appellant shall so advise the Court.
     **IT IS SO ORDERED.**

                                                                             Initials of Preparer: tg

**CC: Bankruptcy Court**

_____